**Affirmed as modified; Opinion Filed March 7, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00088-CV

**EASTON RUTKOSKI, KYLE PALMER, ROBERTO GONZALEZ, AND EPIC ERA INCORPORATED, Appellants**
**V.**
**EVOLV HEALTH, LLC AND EVOLVHEALTH MEXICO SERVICOS, S. DE R.L. DE C.V., Appellees/Cross-Appellants**
**V.**
**MATT STEFFE AND TRAVIS BOTT, Cross-Appellees.**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13499**

## SUPPLEMENTAL MEMORANDUM OPINION

Before Justices Bridges, Evans,[1] and Whitehill
Opinion by Justice Evans

In our opinion dated March 4, 2019, we suggested remittitur of $1,800,000 of the damages awarded to Evolv Health, LLC and EvolvHealth Mexico Servicos, S. DE R.L. DE C.V. (together "Evolv") against Epic Era Incorporated ("Epic"). We stated that if the remittitur was filed by Evolv within fifteen days of the date of the opinion, we would modify the trial court's judgment to award Evolv damages in the amount of $1,200,000 against Epic, and affirm the trial court's judgment as modified.

---

[1] The Honorable David Evans, Justice of the Court of Appeals for the Fifth District of Texas—Dallas, Retired, sitting by assignment.

On March 6, 2019, Evolv filed their consent to the suggestion of remittitur. Accordingly, we vacate our judgment, but not our opinion, dated March 4, 2019, and modify the trial court's judgment to reflect the specified remittitur. The trial court's judgment is modified to award Evolv Health, LLC and EvolvHealth Mexico Servicos, S. DE R.L. DE C.V., on their claims of tortious interference with existing contracts, damages of $1,200,000 against Epic Era Incorporated and prejudgment interest thereon is modified by 1.2/3.0 to award $176,876.71. As modified, we affirm the trial court's judgment. This Court's opinion of March 4, 2019, otherwise remains in effect.

/David Evans/
DAVID EVANS
JUSTICE

170088SF.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EASTON RUTKOSKI, KYLE PALMER, ROBERTO GONZALEZ, AND EPIC ERA INCORPORATED, Appellants

No. 05-17-00088-CV        V.

EVOLV HEALTH, LLC AND EVOLVHEALTH MEXICO SERVICOS, S. DE R.L. DE C.V., Appellees/Cross-Appellants

V.

MATT STEFFE AND TRAVIS BOTT, Cross-appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-13499.
Opinion delivered by Justice Evans, Justices Bridges and Whitehill participating.

In accordance with this Court's supplemental opinion of this date, the judgment of the trial court is **MODIFIED** to award Evolv Health, LLC and EvolvHealth Mexico Servicos, S. DE R.L. DE C.V., on their claims of tortious interference with existing contracts, damages of $1,200,000 plus prejudgment interest of $176,876.71 against Epic Era Incorporated. We **AFFIRM** the trial court's judgment as modified on the claims of tortious interference with existing contracts.

We **AFFIRM** the trial court's judgment in all other respects.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 7th day of March, 2019.